JOHN P. KANE COMPANY, Appellant, *v.* FRANCIS S. KINNEY et al., Defendants.

CLARENCE L. SMITH et al., Appellants, and CHARLES N. TALBOT, as Assignee of ANDREW J. ROBINSON, Respondent.

(Submitted March 16, 1903; decided March 24, 1903.)

MOTION to amend remittitur. (See 174 N. Y. 69.)

Motion granted, with costs against the assignee payable out of the assigned estate.

___

JACOB FRITZ et al., Appellants, *v.* THE CITY TRUST COMPANY OF NEW YORK, as Trustee under the Will of ELIZA EISNER, Deceased, Respondent.

(Submitted March 2, 1903; decided March 24, 1903.)

Motion for reargument denied, without costs. (See 173 N. Y. 622.)

___

MAY THORNE BRANTINGHAM, Respondent, *v.* EUNICE C. HUFF, Individually and as Executrix of JOSEPH THORNE, Deceased, Appellant, Impleaded with Others.

(Submitted March 16, 1903; decided March 24, 1903.)

Motion for reargument denied, without costs. (See 174 N. Y. 53.)